UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:08-cv-07258-FMC-OPx | Date | November 20, 2008 |
|---|---|---|---|
| Title | Herman T. Wright v. Quality Loan Service Corporation et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**        ORDER TO SHOW CAUSE        (In Chambers)

On November 10, 2008, pro se Plaintiffs Herman T. Wright and Michael Stewart[1] filed a Complaint seeking to quiet title in real property located in San Diego County. They also request a special grand jury investigation into an allegedly "bogus foreclosure proceeding" by a "fictitious" defendant third-party mortgage investor, Aurora Loan Service, LLC. Plaintiffs assert that this Court has federal question jurisdiction over this action, but this Court is not satisfied that they have set forth sufficient evidence establishing jurisdiction.

This Court is a court of limited jurisdiction. The Court may only hear cases arising out of federal law ("federal question jurisdiction") or cases between citizens of different states ("diversity jurisdiction"). See 15 Moore's Federal Practice § 100.20 (Matthew Bender 3d ed. 2004). There is federal question jurisdiction where the action "aris[es] under the Constitution, laws or treaties of the United States." 28 U.S.C. § 1331. In such actions, it must be clear from the face of the Complaint that there is a federal question at issue. Caterpillar Inc. V. Williams, 482 U.S. 386, 392 (1987).

Here, Plaintiffs' Complaint does not reference a Constitutional provision, federal law, or treaty that supports the instant action. Although it appears that Plaintiffs believe federal question jurisdiction exists, it is not clear from the allegations in the Complaint that Plaintiffs' dispute arises under federal law.[2] If this Court does not have subject matter jurisdiction, the case cannot proceed in federal court.

Therefore, Plaintiffs are ORDERED TO SHOW CAUSE no later than **December 22, 2008** why their Complaint should not be dismissed for lack of federal subject matter jurisdiction. Plaintiffs must submit a written explanation that identifies the specific federal law(s) on which they base their claim. Otherwise, the case will be dismissed with prejudice.

---

[1] Pro se means that a party is representing himself, rather than by a lawyer.

[2] In addition to being available at law libraries, the text of federal law can be found online at http://www.gpoaccess.gov/uscode/index.html. Another useful online resource for searching federal law may be found at http://www.law.cornell.edu/uscode/.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:08-cv-07258-FMC-OPx | Date | November 20, 2008 |
|---|---|---|---|
| Title | Herman T. Wright v. Quality Loan Service Corporation et al | | |

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |